PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
JOSE PIMENTAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     vs.<br><br>JOSE PIMENTAL,<br>          Defendant. | CASE NO. 1:12-cr-00006-LJO-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE CHANGE OF PLEA HEARING |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Pimental, that the change of plea hearing scheduled for February 11, 2013, at 8:30 a.m. be vacated and the change of plea date be continued to this court's calendar on March 18, 2013 at 8:30 a.m. Defense counsel is calendared on this same date to appear in Sacramento Federal Court for a sentencing and evidentiary hearing for defendant Uriel Ochoa-Espindola, case number #09-cr-00380-WBS.

  The court is advised that counsel have conferred about this request and that they have agreed to the court date of March 18, 2013. Ms. Sanchez has authorized Preciliano Martinez to sign this stipulation on her behalf.

1

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including March 13, 2013.

                                                        Respectfully Submitted,

Dated: February 4, 2013                        /s/ Preciliano Martinez
                                                    Preciliano Martinez
                                                    Attorney for Defendant
                                                    JOSE PIMENTAL

Dated: February 4, 2013                        /s/ Kimberly A. Sanchez
                                                    Kimberly A. Sanchez
                                                    Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current February 11, 2013 sentencing date is hereby vacated and reset to March 18, **2013.**

IT IS SO ORDERED.

    Dated:   **February 4, 2013**                 **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE