PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE PIMENTAL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    vs.<br>JOSE PIMENTAL,<br>        Defendant. | CASE NO. 1:12-CR-00006-LJO-SKO<br><br>STIPULATION and ORDER TO<br>CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between United States Assistant Attorney, Kimberly Sanchez, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Pimentel, that the change of plea hearing scheduled for March 18, 2013, at 8:30a.m. be vacated and the change of plea date be continued to this court's calendar on April 1, 2013, at 8:30a.m. Defense Counsel received the plea agreement on Tuesday, March 12, 2013, and is requesting further time to hire an interpreter and go over the plea agreement with the defendant.

Furthermore, the parties agree and stipulate that time should be excluded up to and including April 1, 2013 under the Speedy Trial Act because the ends of justice accomplished by

allowing for the defendant to review his plea agreement with the presence of an interpreter, outweigh the defendant's and public's interest in a speedy trial.

The court is advised that counsel have conferred about this request that they have agreed to the court date of April 1, 2013 and that Ms. Sanchez has authorized Preciliano Martinez to sign this stipulation on their behalf.

                                                            Respectfully Submitted,

Dated: March 20, 2013                                     /s/ Preciliano Martinez  
                                                                     Preciliano Martinez  
                                                                     Attorney for Defendant  
                                                                     JOSE PIMENTAL

Dated:  March 20, 2013                                    /s/ Kimberly Sanchez  
                                                                     Kimberly Sanchez  
                                                                     Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, the status conference set for March 18, 2013 is hereby continued to April 1, 2013.

For the reasons stated in the motion, time is hereby excluded up to and including April 1, 2013 under the Speedy Trial Act because the ends of justice accomplished by allowing for the defendant to review his plea agreement with the presence of an interpreter, outweigh the defendant's and public's interest in a speedy trial.

IT IS SO ORDERED.

Dated:     **March 20, 2013**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE