HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE PIMENTAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE PIMENTAL,<br><br>    Defendant. | No.  1:12-cr-06 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  LAWRENCE J. O'NEILL |

Defendant, JOSE PIMENTAL, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 24, 2013, this Court sentenced Mr. Pimental to a term of 94 months imprisonment;

3. His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months. He received a sentence below the applicable range and below the statutory mandatory minimum pursuant to government motion;

4. The sentencing range applicable to Mr. Pimental was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Pimental's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months. A reduction comparable to the one he received initially produces a term of 75 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Pimental's term of imprisonment to 75 months, effective November 1, 2015.

Respectfully submitted,

Dated: September 21, 2015              Dated:  September 21, 2015

BENJAMIN B. WAGNER                     HEATHER E. WILLIAMS
United States Attorney                 Federal Defender


 /s/  Kathleen A. Servatius            /s/ Hannah R. Labaree
KATHLEEN A. SERVATIUS                  HANNAH R. LABAREE
Assistant U.S. Attorney                Assistant Federal Defender

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA               JOSE PIMENTAL

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Pimental is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months. A reduction comparable to the one he received initially produces a term of 75 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2013 is reduced to a term of 75 months, effective November 1, 2015. If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Pimental shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **September 22, 2015**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE